JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ARMEHR CORP., a California corporation; and Does 1-10, <br><br> Defendants. | Case No.: 2:22-cv-03332-SPG-KS <br><br> *Hon. Sherilyn Peace Garnett* <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> Action Filed: May 1, 2022 <br> Trial Date:  Not on Calendar |

1 | Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's action against Defendant ARMEHR CORP., a California corporation is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: September 15, 2022

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE